# Exhibit A

6/2/2022 11:33 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65062075
By: Anais Aguirre
Filed: 6/2/2022 11:33 AM

## CAUSE NO. 2022-28716

| | | |
|---|---|---|
| GRANT PRIDECO, INC., ET AL<br>**PLAINTIFF** | § § § | |
| VS. | § § | IN THE 11th District Court |
| SCHLUMBERGER TECHNOLOGY CORP., ET AL<br>**DEFENDANT** | § § § § § § | HARRIS COUNTY, TX |

## RETURN OF SERVICE

**ON Wednesday, June 1, 2022 AT 2:28 PM**
CITATION, PLAINTIFFS' ORIGINAL PETITION for service on SCHLUMBERGER TECHNOLOGIES CORPORATION (A DOMESTIC FOR-PROFIT CORPORATION) C/O REGISTERED AGENT CAPITOL CORPORATE SERVICE INC came to hand.

**ON Thursday, June 2, 2022 AT 9:20 AM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** SCHLUMBERGER TECHNOLOGIES CORPORATION (A DOMESTIC FOR-PROFIT CORPORATION) C/O REGISTERED AGENT CAPITOL CORPORATE SERVICE INC, by delivering to Mary Ann Quick, 206 EAST 9TH STREET, SUITE 1300, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Adriana Nicole Adam. My address is 1201 Louisiana, Suite 370, Houston, TX 77002. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 17714, expires 10/31/2023). My e-mail address is info@easy-serve.com. My date of birth is 3/30/1992. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Thursday, June 2, 2022.

/S/ Adriana Nicole Adam

NOV046

Doc ID: 297133_1

CAUSE NO. 202228716

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 921837   TRACKING NO: 74006953 EML

| | |
|---|---|
| Plaintiff: | In The 011th |
| GRANT PRIDECO INC | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| SCHLUMBERGER TECHNOLOGY CORP | Houston, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:   SCHLUMBERGER TECHNOLOGY CORPORATION (A DOMESTIC FOR-PROFIT CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CAPITOL CORPORATE SERVICES INC
206 EAST 9TH STREET SUITE 1300, AUSTIN TX 78701

Attached is a copy of: PLAINTIFFS' ORIGINAL PETITION

This instrument was filed on May 13, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on May 17, 2022, under my hand and seal of said court.



| | |
|---|---|
| Issued at the request of: | Marilyn Burgess, District Clerk |
| LEYENDECKER, PATRICK KEVIN | Harris County, Texas |
| 1221 MCKINNEY STREET, SUITE 2500 | 201 CAROLINE  Houston Texas 77002 |
| HOUSTON, TX  77010 | (PO Box 4651, Houston, Texas 77210) |
| 713-655-1101 | |
| Bar Number: 00784472 | Generated By:ADILIANI SOLIS |

6/2/2022 11:33 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65062102
By: Anais Aguirre
Filed: 6/2/2022 11:33 AM

## CAUSE NO. 2022-28716

| | | |
|---|---|---|
| GRANT PRIDECO, INC., ET AL<br>**PLAINTIFF** | § § § | |
| VS. | § § | IN THE 11th District Court |
| SCHLUMBERGER TECHNOLOGY CORP., ET AL<br>**DEFENDANT** | § § § § § § | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Wednesday, June 1, 2022 AT 2:30 PM**
CITATION, PLAINTIFFS' ORIGINAL PETITION for service on SMITH INTERNATIONAL INC (A DELAWARE CORPORATION) C/O REGISTERED AGENT CAPITOL CORPORATE SERVICES INC came to hand.

**ON Thursday, June 2, 2022 AT 9:20 AM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** SMITH INTERNATIONAL INC (A DELAWARE CORPORATION) C/O REGISTERED AGENT CAPITOL CORPORATE SERVICES INC, by delivering to Mary Ann Quick, 206 EAST 9TH STREET, SUITE 1300, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Adriana Nicole Adam. My address is 1201 Louisiana, Suite 370, Houston, TX 77002. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 17714, expires 10/31/2023). My e-mail address is info@easy-serve.com. My date of birth is 3/30/1992. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Thursday, June 2, 2022.

/S/ Adriana Nicole Adam

NOV046

Doc ID: 297133_2

CAUSE NO. 202228716

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 921837    TRACKING NO: 74006954 EML

| Plaintiff: | In The 011th |
|---|---|
| GRANT PRIDECO INC | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| SCHLUMBERGER TECHNOLOGY CORP | Houston, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:   SMITH INTERNATIONAL INC (A DELAWARE CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CAPITOL CORPORATE SERVICES INC
206 EAST 9TH STREET SUITE 1300, AUSTIN TX 78701

Attached is a copy of: PLAINTIFFS' ORIGINAL PETITION

This instrument was filed on May 13, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on May 17, 2022, under my hand and seal of said court.



Issued at the request of:

LEYENDECKER, PATRICK KEVIN
1221 MCKINNEY STREET, SUITE 2500
HOUSTON, TX  77010
713-655-1101
Bar Number: 00784472

*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:ADILIANI SOLIS

Case 4:23-cv-00730   Document 1-1   Filed on 02/27/23 in TXSD   Page 6 of 13

2/9/2023 4:40 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 72627749
By: Cecilia Thayer
Filed: 2/9/2023 4:40 PM

## CAUSE NO. 2022-28716

| | | |
|---|---|---|
| GRANT PRIDECO, INC., ET AL **PLAINTIFF** | § § § | |
| VS. | § § | IN THE 11th District Court |
| SCHLUMBERGER TECHNOLOGY CORP., ET AL **DEFENDANT** | § § § § § § | HARRIS COUNTY, TX |

## RETURN OF SERVICE

**ON Wednesday, February 8, 2023 AT 5:18 PM**
CITATION, PLAINTIFFS' SECOND AMENDED PETITION for service on VAREL INTERNATIONAL INDUSTRIES LP C/O REGISTERED AGENT CORPORATION CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS INCORPORATION SERVICE COMPANY) came to hand.

**ON Thursday, February 9, 2023 AT 2:40 PM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** VAREL INTERNATIONAL INDUSTRIES LP C/O REGISTERED AGENT CORPORATION CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS INCORPORATION SERVICE COMPANY), by delivering to Terri Tremblay
Ethnicity: Caucasian, Gender: Female, Build: Slender, Age Range: 50-60, 211 E 7TH STREET STE 620, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Adriana Nicole Adam. My address is 1201 Louisiana Street, Suite 370, Houston, TX 77002. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 17714, expires 10/31/2023). My e-mail address is info@easy-serve.com. My date of birth is 3/30/1992. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis COUNTY, TX on Thursday, February 9, 2023.

/S/ Adriana Nicole Adam

#NOV046

Doc ID: 305853_3

```
                                          Receipt Number: 975865
EML
                                          Tracking Number: 74108943
COPY OF PLEADING PROVIDED BY PLT
```

CAUSE NUMBER: 202228716

| | |
|---|---|
| PLAINTIFF: GRANT PRIDECO INC | In the 011th Judicial |
| vs. | District Court of |
| DEFENDANT: SCHLUMBERGER TECHNOLOGY CORP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: VAREL INTERNATIONAL INDUSTRIES LP BY SERVING ITS REGISTERED AGENT CORPORATION CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS INCORPORATION SERVICE COMPANY)
211 E 7TH STREET STE 620
AUSTIN TX 78701

   Attached is a copy of PLAINTIFF'S SECOND AMENDED PETITION.

This instrument was filed on February 6, 2023, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 8, 2023.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
LEYENDECKER, PATRICK KEVIN
1221 MCKINNEY STREET, SUITE 2500
HOUSTON, TX  77010
713-655-1101
Bar Number: 00784472

Case 4:23-cv-00730   Document 1-1   Filed on 02/27/23 in TXSD   Page 8 of 13

2/10/2023 7:48 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 72634522
By: Cecilia Thayer
Filed: 2/10/2023 7:48 AM

## CAUSE NO. 2022-28716

| | | |
|---|---|---|
| GRANT PRIDECO, INC., ET AL **PLAINTIFF** | § § § | |
| VS. | § § | IN THE 11th District Court |
| SCHLUMBERGER TECHNOLOGY CORP., ET AL **DEFENDANT** | § § § § § § | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Wednesday, February 8, 2023 AT 5:20 PM**
CITATION, PLAINTIFFS' SECOND AMENDED PETITION for service on ROCKPIT INTERNATIONAL SUBSIDIARIES LLC C/O REGISTERED AGENT C T CORPORATION SYSTEM came to hand.

**ON Thursday, February 9, 2023 AT 2:30 PM, I, Don Anderson, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** ROCKPIT INTERNATIONAL SUBSIDIARIES LLC C/O REGISTERED AGENT C T CORPORATION SYSTEM, by delivering to George Martinez intake specialist, 1999 BRYAN ST SUITE 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, Balch Springs, TX 75180. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires 8/31/2024). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Friday, February 10, 2023.

/S/ Don Anderson

#NOV046

Doc ID: 305853_4

```
                                              Receipt Number: 975865
EML
                                              Tracking Number: 74108948
COPY OF PLEADING PROVIDED BY PLT
```

CAUSE NUMBER: 202228716

| | |
|---|---|
| PLAINTIFF: GRANT PRIDECO INC | In the 011th Judicial |
| vs. | District Court of |
| DEFENDANT: SCHLUMBERGER TECHNOLOGY CORP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: ROCKPIT INTERNATIONAL SUBSIDIARIES LLC BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN ST SUITE 900
HOUSTON TX 75201-3136

   Attached is a copy of PLAINTIFF'S SECOND AMENDED PETITION.

This instrument was filed on February 6, 2023, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 8, 2023.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
LEYENDECKER, PATRICK KEVIN
1221 MCKINNEY STREET, SUITE 2500
HOUSTON, TX  77010
713-655-1101
Bar Number: 00784472

Case 4:23-cv-00730   Document 1-1   Filed on 02/27/23 in TXSD   Page 10 of 13

2/10/2023 7:48 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 72634516
By: Cecilia Thayer
Filed: 2/10/2023 7:48 AM

## CAUSE NO. 2022-28716

| | | |
|---|---|---|
| GRANT PRIDECO, INC., ET AL<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 11th District Court |
| SCHLUMBERGER TECHNOLOGY CORP., ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Wednesday, February 8, 2023 AT 5:17 PM**
CITATION, PLAINTIFFS' SECOND AMENDED PETITION for service on ULTERRA DRILLING TECHNOLOGIES LP C/O REGISTERED AGENT C T CORPORATION SYSTEM came to hand.

**ON Thursday, February 9, 2023 AT 2:30 PM, I, Don Anderson, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** ULTERRA DRILLING TECHNOLOGIES LP C/O REGISTERED AGENT C T CORPORATION SYSTEM, by delivering to George Martinez intake specialist, 1999 BRYAN ST SUITE 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, Balch Springs, TX 75180. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires 8/31/2024). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Friday, February 10, 2023.

/S/ Don Anderson

#NOV046

Doc ID: 305853_2

```
EML                                        Receipt Number: 975865
                                           Tracking Number: 74108946
COPY OF PLEADING PROVIDED BY PLT
```

CAUSE NUMBER: 202228716

| | |
|---|---|
| PLAINTIFF: GRANT PRIDECO INC | In the 011th Judicial |
| vs. | District Court of |
| DEFENDANT: SCHLUMBERGER TECHNOLOGY CORP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: ULTERRA DRILLING TECHNOLOGIES L P BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN ST SUITE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S SECOND AMENDED PETITION.

This instrument was filed on February 6, 2023, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 8, 2023.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
LEYENDECKER, PATRICK KEVIN
1221 MCKINNEY STREET, SUITE 2500
HOUSTON, TX  77010
713-655-1101
Bar Number: 00784472

Case 4:23-cv-00730 Document 1-1 Filed on 02/27/23 in TXSD Page 12 of 13

2/10/2023 7:47 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 72634508
By: Cecilia Thayer
Filed: 2/10/2023 7:47 AM

## CAUSE NO. 2022-28716

| | | |
|---|---|---|
| GRANT PRIDECO, INC., ET AL **PLAINTIFF** | § § § | |
| VS. | § § | IN THE 11th District Court |
| SCHLUMBERGER TECHNOLOGY CORP., ET AL **DEFENDANT** | § § § § § § | HARRIS COUNTY, TX |

## RETURN OF SERVICE

**ON Thursday, February 9, 2023 AT 8:53 AM**
CITATION, PLAINTIFFS' SECOND AMENDED PETITION for service on VAREL INTERNATIONAL ENERGY SERVICES INC C/O REGISTERED AGENT CORPORATION SERVICE COMPANY came to hand.

**ON Thursday, February 9, 2023 AT 12:05 PM, I, John A. Garber, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** VAREL INTERNATIONAL ENERGY SERVICES INC C/O REGISTERED AGENT CORPORATION SERVICE COMPANY, by delivering to Lynanne Gares, 251 LITTLE FALLS DRIVE, WILMINGTON, NEW CASTLE COUNTY, DE 19808.

My name is John A. Garber. My address is 230 N. MARKET ST, WILMINGTON, DE 19801. My date of birth is 4/17/1949. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Castle COUNTY, DE on Friday, February 10, 2023.

/S/ John A. Garber

#NOV046

Doc ID: 305853_1

CAUSE NO. 202228716

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 975865

EML

TRACKING #: 74108945

Plaintiff: GRANT PRIDECO INC

In The 011th
Judicial District Court of
Harris County, Texas

vs.

Defendant: SCHLUMBERGER TECHNOLOGY CORP

Houston, Texas

### CITATION – NON RESIDENT

THE STATE OF TEXAS
County of Harris

To:   VAREL INTERNATIONAL ENERGY SERVICES INC BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON DE 19808

Attached is a copy of: PLAINTIFF'S SECOND AMENDED PETITION

This instrument was filed on 2/6/2023, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on  February 8, 2023, under my hand and seal of said court.



Issued at the request of:
LEYENDECKER, PATRICK KEVIN
1221 MCKINNEY STREET, SUITE 2500
HOUSTON, TX  77010
713-655-1101

Bar Number: 00784472

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: WANDA CHAMBERS