# Exhibit C

## JUDGE KRISTEN BRAUCHLE HAWKINS
11th JUDICIAL DISTRICT COURT
HARRIS COUNTY COURTHOUSE
HOUSTON, TEXAS 77002

11/10/2022

To All Counsel and Pro Se Parties:

Court records indicate that the case is eligible for DISMISSAL FOR
WANT OF PROSECUTION because no answer has been filed in this case.
This case will be DISMISSED FOR WANT OF PROSECUTION, unless one of
THE FOLLOWING ACTIONS IS TAKEN ON OR BEFORE JANUARY 09, 2023.

1. YOU FILE AND HAVE HEARD BY ORAL HEARING A
MERITORIOUS MOTION FOR DEFAULT, HEARING DATES MAY BE OBTAINED
FROM THE CLERK OF THE 11TH DISTRICT COURT AT 832-927-2600; OR,
2. An answer is filed; or,
3. IF NEITHER OF THE ABOVE HAS BEEN DONE, THEN YOU MUST FILE
AND HAVE HEARD A VERIFIED MOTION TO RETAIN, SHOWING GOOD CAUSE TO
RETAIN THE CASE OR DILIGENCE IN PROSECUTION TO AVOID DISMISSAL
BEFORE THE DISPOSITION DEADLINE.  IF THIS IS YOUR THIRD OR MORE
MOTION, YOU WILL HAVE TO SET YOUR MOTION FOR HEARING ON OR BEFORE
THE DEADLINE.

IF YOU HAVE NOT SET AND HAD THIS MATTER HEARD BEFORE THE DISPOSITION
DEADLINE THIS CASE WILL BE DISMISSED ON THAT DATE WITHOUT FURTHER NOTICE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE
TRIAL COORDINATOR, JACKIE STRUSS, AT 832-927-2606.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

KRISTEN BRAUCHLE HAWKINS
JUDGE, 11TH DISTRICT COURT

CASE - 202228716     FILED - 20220513     COURT - 11th
TYPE - OTHER CONTRACT
GRANT PRIDECO INC VS SCHLUMBERGER TECHNOLOGY

SCHLUMBERGER TECHNOLOGY CORP

2

JCVG01

## JUDGE KRISTEN BRAUCHLE HAWKINS
11th JUDICIAL DISTRICT COURT
HARRIS COUNTY COURTHOUSE
HOUSTON, TEXAS 77002

11/10/2022

To All Counsel and Pro Se Parties:

Court records indicate that the case is eligible for DISMISSAL FOR
WANT OF PROSECUTION because no answer has been filed in this case.
This case will be DISMISSED FOR WANT OF PROSECUTION, unless one of
THE FOLLOWING ACTIONS IS TAKEN ON OR BEFORE JANUARY 09, 2023.

1. YOU FILE AND HAVE HEARD BY ORAL HEARING A
MERITORIOUS MOTION FOR DEFAULT, HEARING DATES MAY BE OBTAINED
FROM THE CLERK OF THE 11TH DISTRICT COURT AT 832-927-2600; OR,
2. An answer is filed; or,
3. IF NEITHER OF THE ABOVE HAS BEEN DONE, THEN YOU MUST FILE
AND HAVE HEARD A VERIFIED MOTION TO RETAIN, SHOWING GOOD CAUSE TO
RETAIN THE CASE OR DILIGENCE IN PROSECUTION TO AVOID DISMISSAL
BEFORE THE DISPOSITION DEADLINE. IF THIS IS YOUR THIRD OR MORE
MOTION, YOU WILL HAVE TO SET YOUR MOTION FOR HEARING ON OR BEFORE
THE DEADLINE.

IF YOU HAVE NOT SET AND HAD THIS MATTER HEARD BEFORE THE DISPOSITION
DEADLINE THIS CASE WILL BE DISMISSED ON THAT DATE WITHOUT FURTHER NOTICE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE
TRIAL COORDINATOR, JACKIE STRUSS, AT 832-927-2606.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

KRISTEN BRAUCHLE HAWKINS
JUDGE, 11TH DISTRICT COURT

CASE - 202228716        FILED - 20220513     COURT - 11th
TYPE - OTHER CONTRACT
GRANT PRIDECO INC VS SCHLUMBERGER TECHNOLOGY

6

SMITH INTERNATIONAL INC

JCVG01

## JUDGE KRISTEN BRAUCHLE HAWKINS
11th JUDICIAL DISTRICT COURT
HARRIS COUNTY COURTHOUSE
HOUSTON, TEXAS 77002

11/10/2022

To All Counsel and Pro Se Parties:

Court records indicate that the case is eligible for DISMISSAL FOR
WANT OF PROSECUTION because no answer has been filed in this case.
This case will be DISMISSED FOR WANT OF PROSECUTION, unless one of
THE FOLLOWING ACTIONS IS TAKEN ON OR BEFORE JANUARY 09, 2023.

1. YOU FILE AND HAVE HEARD BY ORAL HEARING A
MERITORIOUS MOTION FOR DEFAULT, HEARING DATES MAY BE OBTAINED
FROM THE CLERK OF THE 11TH DISTRICT COURT AT 832-927-2600; OR,
2. An answer is filed; or,
3. IF NEITHER OF THE ABOVE HAS BEEN DONE, THEN YOU MUST FILE
AND HAVE HEARD A VERIFIED MOTION TO RETAIN, SHOWING GOOD CAUSE TO
RETAIN THE CASE OR DILIGENCE IN PROSECUTION TO AVOID DISMISSAL
BEFORE THE DISPOSITION DEADLINE. IF THIS IS YOUR THIRD OR MORE
MOTION, YOU WILL HAVE TO SET YOUR MOTION FOR HEARING ON OR BEFORE
THE DEADLINE.

IF YOU HAVE NOT SET AND HAD THIS MATTER HEARD BEFORE THE DISPOSITION
DEADLINE THIS CASE WILL BE DISMISSED ON THAT DATE WITHOUT FURTHER NOTICE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE
TRIAL COORDINATOR, JACKIE STRUSS, AT 832-927-2606.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

KRISTEN BRAUCHLE HAWKINS
JUDGE, 11TH DISTRICT COURT

CASE - 202228716     FILED - 20220513     COURT - 11th
TYPE - OTHER CONTRACT
GRANT PRIDECO INC VS SCHLUMBERGER TECHNOLOGY

22251650

JOHN ZAVITSANOS
1221 MCKINNEY STREET SUITE 2500
HOUSTON, TX 77010

JCVG01

11/21/2022 2:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 70366888
By: Cecilia Thayer
Filed: 11/21/2022 2:29 PM
Pgs-2
RTANX

CAUSE NO. 2022-28716

| | | |
|---|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD.  REEDHYCALOG, LP, NATIONAL OILWELL VARCO, LP,<br>*Plaintiffs,*<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC.<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br><br><br>HARRIS COUNTY, TEXAS<br><br><br>11TH JUDICIAL DISTRICT |

### ORDER ON PLAINTIFFS' VERIFIED MOTION TO RETAIN

The Court having considered Plaintiffs' Verified Motion to Retain (the "Motion"), is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Plaintiffs' Motion is GRANTED and that this cause shall remain on the Court's docket until  MARCH 20, 2023, for answer or default ON OR BEFORE the deadline.

It is so ORDERED this _____ day of _____ 2022.

Signed: 11/28/2022  *Kristen Hawkins*

_____
Honorable Kristen Brauchle Hawkins
11th District Court

2nd dwop/no answer

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Myrna Flores on behalf of John Zavitsanos
Bar No. 22251650
mflores@azalaw.com
Envelope ID: 70366888
Status as of 11/21/2022 3:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Craig Smeyser | | csmyser@skv.com | 11/21/2022 2:29:53 PM | SENT |
| John Zavitsanos | | jzavitsanos@azalaw.com | 11/21/2022 2:29:53 PM | SENT |
| Patrick KevinLeyendecker | | kleyendecker@azalaw.com | 11/21/2022 2:29:53 PM | SENT |
| Shahmeer Halepota | | shalepota@azalaw.com | 11/21/2022 2:29:53 PM | SENT |
| Michael Killingsworth | | mkillingsworth@azalaw.com | 11/21/2022 2:29:53 PM | SENT |
| Louis Liao | | lliao@azalaw.com | 11/21/2022 2:29:53 PM | SENT |
| Linda Casas | | lcasas@skv.com | 11/21/2022 2:29:53 PM | SENT |
| Craig Smeyser | | csmyser@skv.com | 11/21/2022 2:29:53 PM | SENT |
| Samantha Jarvis | | sjarvis@skv.com | 11/21/2022 2:29:53 PM | SENT |
| Samantha Jarvis | | sjarvis@skv.com | 11/21/2022 2:29:53 PM | SENT |

## JUDGE KRISTEN BRAUCHLE HAWKINS
11th JUDICIAL DISTRICT COURT
HARRIS COUNTY COURTHOUSE
HOUSTON, TEXAS 77002

11/29/2022

TO ALL COUNSEL AND PRO SE PARTIES:

COURT RECORDS INDICATE THAT THE CASE IS ELIGIBLE FOR DISMISSAL FOR WANT OF PROSECUTION BECAUSE NO ANSWER HAS BEEN FILED IN THIS CASE. THIS CASE WILL BE DISMISSED FOR WANT OF PROSECUTION, UNLESS ONE OF THE FOLLOWING ACTIONS IS TAKEN ON OR BEFORE MARCH 20, 2023.

1. YOU FILE AND HAVE HEARD BY ORAL HEARING A MERITORIOUS MOTION FOR DEFAULT, A HEARING DATE MAY BE OBTAINED FROM THE CLERK OF THE 11TH DISTRICT COURT AT 832.927-2600; OR,
2. AN ANSWER IS FILED; OR,
3. IF NEITHER OF THE ABOVE HAS BEEN DONE, THEN YOU MUST FILE A VERIFIED MOTION TO RETAIN, SHOWING GOOD CAUSE TO RETAIN THE CASE OR DILIGENCE IN PROSECUTION TO AVOID DISMISSAL BEFORE THE DISPOSITION DEADLINE. IF THIS IS THE THIRD OR MORE MOTION TO RETAIN IT MUST BE SET FOR ORAL HEARING ON OR BEFORE THE DISMISSAL DATE. IF MINORS INVOLVED PLEASE SET A STATUS CONFERENCE WITH THE CLERKS.

IF YOU HAVE NOT SET AND HAD THIS MATTER HEARD BEFORE THE DISPOSITION DEADLINE THIS CASE WILL BE DISMISSED ON THAT DATE WITHOUT FURTHER NOTICE. HEARING DATES CAN BE OBTAINED FROM THE CLERK AT 832.927-2600.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE TRIAL COORDINATOR, JACKIE STRUSS, AT 832.927-2606.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

KRISTEN BRAUCHLE HAWKINS
JUDGE, 11TH DISTRICT COURT

CASE - 202228716     FILED - 20220513     COURT - 11th
TYPE - OTHER CONTRACT
GRANT PRIDECO INC VS SCHLUMBERGER TECHNOLOGY

2

SCHLUMBERGER TECHNOLOGY CORP

JCVG01

## JUDGE KRISTEN BRAUCHLE HAWKINS
11th JUDICIAL DISTRICT COURT
HARRIS COUNTY COURTHOUSE
HOUSTON, TEXAS 77002


11/29/2022

TO ALL COUNSEL AND PRO SE PARTIES:

COURT RECORDS INDICATE THAT THE CASE IS ELIGIBLE FOR DISMISSAL FOR WANT OF PROSECUTION BECAUSE NO ANSWER HAS BEEN FILED IN THIS CASE. THIS CASE WILL BE DISMISSED FOR WANT OF PROSECUTION, UNLESS ONE OF THE FOLLOWING ACTIONS IS TAKEN ON OR BEFORE MARCH 20, 2023.

1. YOU FILE AND HAVE HEARD BY ORAL HEARING A MERITORIOUS MOTION FOR DEFAULT, A HEARING DATE MAY BE OBTAINED FROM THE CLERK OF THE 11TH DISTRICT COURT AT 832.927-2600; OR,
2. AN ANSWER IS FILED; OR,
3. IF NEITHER OF THE ABOVE HAS BEEN DONE, THEN YOU MUST FILE A VERIFIED MOTION TO RETAIN, SHOWING GOOD CAUSE TO RETAIN THE CASE OR DILIGENCE IN PROSECUTION TO AVOID DISMISSAL BEFORE THE DISPOSITION DEADLINE. IF THIS IS THE THIRD OR MORE MOTION TO RETAIN IT MUST BE SET FOR ORAL HEARING ON OR BEFORE THE DISMISSAL DATE. IF MINORS INVOLVED PLEASE SET A STATUS CONFERENCE WITH THE CLERKS.

IF YOU HAVE NOT SET AND HAD THIS MATTER HEARD BEFORE THE DISPOSITION DEADLINE THIS CASE WILL BE DISMISSED ON THAT DATE WITHOUT FURTHER NOTICE. HEARING DATES CAN BE OBTAINED FROM THE CLERK AT 832.927-2600.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE TRIAL COORDINATOR, JACKIE STRUSS, AT 832.927-2606.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.


KRISTEN BRAUCHLE HAWKINS

JUDGE, 11TH DISTRICT COURT

CASE - 202228716      FILED - 20220513     COURT - 11th
TYPE - OTHER CONTRACT
GRANT PRIDECO INC VS SCHLUMBERGER TECHNOLOGY

6

SMITH INTERNATIONAL INC

JCVG01

## JUDGE KRISTEN BRAUCHLE HAWKINS
11th JUDICIAL DISTRICT COURT
HARRIS COUNTY COURTHOUSE
HOUSTON, TEXAS 77002

11/29/2022

TO ALL COUNSEL AND PRO SE PARTIES:

COURT RECORDS INDICATE THAT THE CASE IS ELIGIBLE FOR DISMISSAL FOR WANT OF PROSECUTION BECAUSE NO ANSWER HAS BEEN FILED IN THIS CASE. THIS CASE WILL BE DISMISSED FOR WANT OF PROSECUTION, UNLESS ONE OF THE FOLLOWING ACTIONS IS TAKEN ON OR BEFORE MARCH 20, 2023.

1. YOU FILE AND HAVE HEARD BY ORAL HEARING A MERITORIOUS MOTION FOR DEFAULT, A HEARING DATE MAY BE OBTAINED FROM THE CLERK OF THE 11TH DISTRICT COURT AT 832.927-2600; OR,
2. AN ANSWER IS FILED; OR,
3. IF NEITHER OF THE ABOVE HAS BEEN DONE, THEN YOU MUST FILE A VERIFIED MOTION TO RETAIN, SHOWING GOOD CAUSE TO RETAIN THE CASE OR DILIGENCE IN PROSECUTION TO AVOID DISMISSAL BEFORE THE DISPOSITION DEADLINE. IF THIS IS THE THIRD OR MORE MOTION TO RETAIN IT MUST BE SET FOR ORAL HEARING ON OR BEFORE THE DISMISSAL DATE.
IF MINORS INVOLVED PLEASE SET A STATUS CONFERENCE WITH THE CLERKS.

IF YOU HAVE NOT SET AND HAD THIS MATTER HEARD BEFORE THE DISPOSITION DEADLINE THIS CASE WILL BE DISMISSED ON THAT DATE WITHOUT FURTHER NOTICE. HEARING DATES CAN BE OBTAINED FROM THE CLERK AT 832.927-2600.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE TRIAL COORDINATOR, JACKIE STRUSS, AT 832.927-2606.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

KRISTEN BRAUCHLE HAWKINS
JUDGE, 11TH DISTRICT COURT

CASE - 202228716     FILED - 20220513     COURT - 11th
TYPE - OTHER CONTRACT
GRANT PRIDECO INC VS SCHLUMBERGER TECHNOLOGY

22251650

JOHN ZAVITSANOS
1221 MCKINNEY STREET SUITE 2500
HOUSTON, TX 77010

JCVG01