# Exhibit D

| HCDistrictclerk.com | GRANT PRIDECO INC vs. SCHLUMBERGER TECHNOLOGY CORP | | 2/27/2023 |
|---|---|---|---|
| | Cause: 202228716    CDI: 7    Court: 011 | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 106769975 | Schlumberger Technology Corp's and Smith International Inc's Plea to the Jurisdiction and Original Answer Affirmative Defenses and Counterclaims Subject Thereto | | 02/27/2023 | 22 |
| 106771324 | Ultera Drilling and Rockbit International's Plea to the Jurisdiction and Original Answer Affirm Defenses and Counterclaims | | 02/27/2023 | 18 |
| 106486347 | Return of Service-Varel International | | 02/10/2023 | 2 |
| 106486363 | Return of Service-Ulterra Drilling Technologies | | 02/10/2023 | 2 |
| 106486551 | Return of Service-Rockpit International Subsidiaries | | 02/10/2023 | 2 |
| 106485740 | Return of Service-Varel International | | 02/09/2023 | 2 |
| 106409554 | Plaintiffs Second Amended Petition | | 02/06/2023 | 16 |
| | Plaintiffs Second Amended Petition | | 02/06/2023 | |
| ·> 106409555 | Civil Process Request - Rockbit | | 02/06/2023 | 1 |
| | Civil Process Request - Rockbit | | 02/06/2023 | |
| ·> 106409556 | Civil Process Request - Ulterra | | 02/06/2023 | 1 |
| | Civil Process Request - Ulterra | | 02/06/2023 | |
| ·> 106409558 | Civil Process Request - Varel Inter Energy | | 02/06/2023 | 1 |
| | Civil Process Request - Varel Inter Energy | | 02/06/2023 | |
| ·> 106409560 | Civil Process Request - Varel Inter Industries | | 02/06/2023 | 1 |
| | Civil Process Request - Varel Inter Industries | | 02/06/2023 | |
| 106409554 | Plaintiffs Second Amended Petition | | 02/06/2023 | 16 |
| ·> 106409555 | Civil Process Request - Rockbit | | 02/06/2023 | 1 |
| ·> 106409556 | Civil Process Request - Ulterra | | 02/06/2023 | 1 |
| ·> 106409558 | Civil Process Request - Varel Inter Energy | | 02/06/2023 | 1 |
| ·> 106409560 | Civil Process Request - Varel Inter Industries | | 02/06/2023 | 1 |
| 106371247 | Defendants' Motion to Extend Agreed Stay of Proceedings | | 02/03/2023 | 10 |
| ·> 106371248 | Exhibit A | | 02/03/2023 | 2 |
| ·> 106371249 | Exhibit B | | 02/03/2023 | 3 |
| ·> 106371250 | Exhibit C | | 02/03/2023 | 1 |
| ·> 106371251 | Exhibit D | | 02/03/2023 | 3 |
| ·> 106371252 | Notice of Hearing-3.6 | | 02/03/2023 | 2 |
| ·> 106371253 | Proposed Order | | 02/03/2023 | 1 |
| 105313378 | DCA Generic Letter | | 11/29/2022 | 3 |
| 105312640 | ORDER SIGNED, CASE RETAINED ON DOCKET | | 11/28/2022 | 2 |
| 105219668 | Plaintiffs' Agreed verified motion to retain case on docket | | 11/21/2022 | 5 |
| ·> 105219669 | Ex 1 | | 11/21/2022 | 2 |
| ·> 105219670 | Proposed Order on plaintiffs' verified motion to retain | | 11/21/2022 | 2 |
| 105180432 | Rule 11 Agreement - 6-Month Standstill of Case | | 11/18/2022 | 2 |

| 105054448 | DCA Generic Letter | 11/10/2022 | 3 |
| 103620582 | Plaintiff's first amended original petition | 08/19/2022 | 11 |
| | Plaintiff's first amended original petition | 08/19/2022 | |
| 103620583 | Plaintiff's Notice of Abandonment | 08/19/2022 | 3 |
| 102262810 | Return of Service-Schlumberger Technology Corp | 06/02/2022 | 2 |
| 102262831 | Return of Service-Smith International Inc; Citation Corporate | 06/02/2022 | 2 |
| 101926051 | Plaintiffs Original Petition | 05/13/2022 | 10 |
| | Plaintiffs Original Petition | 05/13/2022 | |
| 101940999 | Request for Issuance of Service - Smith International | 05/13/2022 | 2 |
| ·> 101941000 | Request for Issuance of Service - Schlumberger Tech | 05/13/2022 | 1 |