# Exhibit E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NATIONAL OILWELL VARCO, LP, *Plaintiffs/Counter-Defendants,* v. SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC.; ULTERRA DRILLING TECHNOLOGIES, L.P., ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC.; and VAREL INTERNATIONAL ENERGY SERVICES, INC., VAREL INTERNATIONAL INDUSTRIES, L.P., *Defendants.* | Civil Action No. |

## INDEX OF MATTERS BEING FILED

| | |
|---|---|
| Exhibit A | Executed Processes in the State Court Action |
| Exhibit B | Pleadings in the State Court Action |
| Exhibit C | Orders Signed by the State Judge in the State Court Action |
| Exhibit D | Docket Sheet for the State Court Action |
| Exhibit E | Index of Matters being Filed (This Exhibit) |
| Exhibit F | All Counsel of Record in the State Court Action |