# Exhibit F

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG | § | |
| UK, LTD., REEDHYCALOG, LP, | § | |
| NATIONAL OILWELL VARCO, LP, | § | |
| *Plaintiffs/Counter-Defendants,* | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | |
| SCHLUMBERGER TECHNOLOGY | § | |
| CORP., SMITH INTERNATIONAL, INC.; | § | |
| ULTERRA DRILLING TECHNOLOGIES, | § | |
| L.P., ROCKBIT INTERNATIONAL | § | |
| SUBSIDIARIES, LLC.; and VAREL | § | |
| INTERNATIONAL ENERGY SERVICES, | § | |
| INC., VAREL INTERNATIONAL | § | |
| INDUSTRIES, L.P., | § | |
| *Defendants.* | § | |

## <u>ALL COUNSEL OF RECORD IN THE STATE COURT ACTION</u>

<u>**Plaintiffs' Counsel**</u>:

John Zavitsanos
Texas Bar No. 22251650
Kevin Leyendecker
Texas Bar No. 00784472
Shahmeer Halepota
Texas Bar No. 24109968
Michael Killingsworth
Texas Bar No. 24110089
Louis Liao
Texas Bar No. 24109471
**AHMAD, ZAVITSANOS & MENSING P.L.L.C.**
1221 McKinney Street, Suite 2500
Houston, Texas  77010
Telephone: (713) 655-1101
Facsimile:  (713) 655-0062
Email: jzavitsanos@azalaw.com
Email: kleyendecker@azalaw.com
Email: shalepota@zalaw.com
Email: mkillingsworth@azalaw.com
Email: lliao@azalaw.com

Bob McAughan
Texas Bar No. 00786096
**MCAUGHAN DEAVER, P.L.L.C.**
550 Westcott Street, Suite 375
Houston, Texas  77007
Telephone: (713) 829-3851
Email: bmcaughan@md-iplaw.com

**ATTORNEYS FOR PLAINTIFFS**

**Defendants' Counsel:**

Craig Smyser
Texas Bar No. 18777575
Samantha J. Jarvis
Texas Bar No. 24089238
Garland D. Murphy IV
Texas Bar No. 24058010
**SMYSER KAPLAN & VESELKA LLP**
717 Texas Avenue, Suite 2800
Houston, Texas  77002
Telephone: (713) 221-2300
Facsimile:  (713) 221-2320
Email: csmyser@skv.com
Email: sjarvis@skv.com
Email: lmurphy@skv.com

Nick Brown
Texas Bar No. 24092182
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, Texas  77002
Telephone: (713) 836-3600
Facsimile:  (713) 836-3601
Email: nick.brown@kirkland.com

James John Lomeo
Texas Bar No. 24118993
**KIRKLAND & ELLIS LLP**
401 Congress Avenue
Austin, Texas  78701
Telephone: (512) 678-9100
Facsimile:  (512) 678-9101
Email: james.lomeo@kirkland.com

**ATTORNEYS FOR DEFENDANTS SCHLUMBERGER TECHNOLOGY CORP. AND SMITH INTERNATIONAL, INC.**

David J. Beck
Texas Bar No. 00000070
**BECK REDDEN LLP**
1221 McKinney Street, Suite 4500
Houston, Texas  77010
Telephone: (713) 951-3700
Facsimile:  (713) 951-3720
Email: dbeck@beckredden.com

Nick Brown
Texas Bar No. 24092182
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, Texas  77002
Telephone: (713) 836-3600
Facsimile:  (713) 836-3601
Email: nick.brown@kirkland.com

James John Lomeo
Texas Bar No. 24118993
**KIRKLAND & ELLIS LLP**
401 Congress Avenue
Austin, Texas  78701
Telephone: (512) 678-9100
Facsimile:  (512) 678-9101
Email: james.lomeo@kirkland.com

**ATTORNEYS FOR DEFENDANTS ULTERRA DRILLING TECHNOLOGIES, L.P. AND ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC**

Kelly D. Stephens
Texas Bar No. 19158300
Matthew C. Juren
Texas Bar No. 24065530
**STEPHEN JUREN PLLC**
2500 Tanglewilde, Suite 320
Houston, Texas  77063
Telephone: (832) 344-5400
Facsimile:  (832) 476-5460
Email: kstephens@patent-lawyers.com
Email: mjuren@patent-lawyers.com

**ATTORNEYS FOR DEFENDANTS VAREL INTERNATIONAL ENERGY SERVICES, INC. AND VAREL INTERNATIONAL INDUSTRIES, L.P.**