# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Grant Prideco, Inc.; ReedHycalog UK, Ltd.; ReedHycalog, LP; and National Oilwell Varco, LP

**DEFENDANTS**
See Attachment.

**(b)** County of Residence of First Listed Plaintiff: **Harris County, Texas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Ft. Bend County, Texas**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See Attachment.

Attorneys *(If Known)*
See Attachment.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [x] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 USC 271 and the Patent Act

Brief description of cause:
Declaratory judgment for non-infringement and invalidity of United States patents.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: Feb 27, 2023
SIGNATURE OF ATTORNEY OF: /s/ Gregg F. LoCascio

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## ATTACHMENT TO CIVIL COVER SHEET

I. **(a) Defendants**:

Schlumberger Technology Corporation
Smith International, Inc.
Ulterra Drilling Technologies, L.P.
Rockbit International Subsidiaries, LLC
Varel International Energy Services, Inc
Varel International Industries, L.P.

**(c) Plaintiffs' Attorneys**:

John Zavitsanos
Texas Bar No. 22251650
Kevin Leyendecker
Texas Bar No. 00784472
Shahmeer Halepota
Texas Bar No. 24109968
Michael Killingsworth
Texas Bar No. 24110089
Louis Liao
Texas Bar No. 24109471
**AHMAD, ZAVITSANOS & MENSING P.L.L.C.**
1221 McKinney Street, Suite 2500
Houston, Texas  77010
Telephone: (713) 655-1101
Facsimile:  (713) 655-0062
Email: jzavitsanos@azalaw.com
Email: kleyendecker@azalaw.com
Email: shalepota@zalaw.com

Bob McAughan
Texas Bar No. 00786096
**MCAUGHAN DEAVER, P.L.L.C.**
550 Westcott Street, Suite 375
Houston, Texas  77007
Telephone: (713) 829-3851
Email: bmcaughan@md-iplaw.com

**ATTORNEYS FOR PLAINTIFFS**

**Defendants' Attorneys**:

Gregg F. LoCascio, P.C.
Attorney-in-Charge
S.D. Texas Bar No. 1109276
DC Bar No. 452814
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000
Facsimile:  (202) 389-5200
Email: gregg.locascio@kirkland.com

Ryan Kane, P.C.
S.D. Texas Bar No. 1314513
NY Bar No. 4882551
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York  10022 Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: ryan.kane@kirkland.com

Nick Brown
S.D. Texas Bar No. 2725667
Texas Bar No. 24092182
**KIRKLAND AND ELLIS LLP**
609 Main Street
Houston, Texas  77002
Telephone: (713) 836-3600
Facsimile:  (713) 836-3601
Email: nick.brown@kirkland.com

James John Lomeo
S.D. Texas Bar No. 3511238
Texas Bar No. 24118993
**KIRKLAND & ELLIS LLP**
401 Congress Avenue
Austin, Texas  78701
Telephone: (512) 678-9100
Facsimile:  (512) 678-9101
Email: james.lomeo@kirkland.com

Craig Smyser
S.D. Texas Bar No. 848
Texas Bar No. 18777575
Samantha J. Jarvis
S.D. Texas Bar No. 2774222
Texas Bar No. 24089238
Garland D. Murphy IV
S.D. Texas Bar No. 802346
Texas Bar No. 24058010
**SMYSER KAPLAN & VESELKA LLP**
717 Texas Avenue, Suite 2800
Houston, Texas  77002
Telephone: (713) 221-2300
Facsimile:  (713) 221-2320
Email: csmyser@skv.com
Email: sjarvis@skv.com
Email: lmurphy@skv.com

**ATTORNEYS FOR DEFENDANTS SCHLUMBERGER TECHNOLOGY CORP. AND SMITH INTERNATIONAL, INC.**

Gregg F. LoCascio, P.C.
Attorney-in-Charge
S.D. Texas Bar No. 1109276
DC Bar No. 452814
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000
Facsimile:  (202) 389-5200
Email: gregg.locascio@kirkland.com

3

Ryan Kane, P.C.
S.D. Texas Bar No. 1314513
NY Bar No. 4882551
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: ryan.kane@kirkland.com

Nick Brown
S.D. Texas Bar No. 2725667
Texas Bar No. 24092182
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, Texas  77002
Telephone: (713) 836-3600
Facsimile:  (713) 836-3601
Email: nick.brown@kirkland.com

James John Lomeo
S.D. Tex. Bar. No. 3511238
Texas Bar No. 24118993
**KIRKLAND & ELLIS LLP**
401 Congress Avenue
Austin, Texas  78701
Telephone: (512) 678-9100
Facsimile:  (512) 678-9101
Email: james.lomeo@kirkland.com

David J. Beck
S.D. Texas Bar No. 16605
Texas Bar No. 00000070
**BECK REDDEN LLP**
1221 McKinney Street, Suite 4500
Houston, Texas  77010
Telephone: (713) 951-3700
Facsimile:  (713) 951-3720
Email: dbeck@beckredden.com

**ATTORNEYS FOR DEFENDANTS ULTERRA DRILLING TECHNOLOGIES, L.P. AND ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC**

Kelly D. Stephens
Attorney-in-Charge
S.D. Texas Bar No. 8535
Texas Bar No. 19158300
Matthew C. Juren
Texas Bar No. 24065530
**STEPHENS JUREN PLLC**
2500 Tanglewilde Street, Suite 320
Houston, Texas 77063
Telephone: (832) 344-5400
Facsimile: (832) 476-5460
Email: kstephens@patent-lawyers.com
Email: mjuren@patent-lawyers.com

**ATTORNEYS FOR DEFENDANTS VAREL INTERNATIONAL ENERGY SERVICES, INC. AND VAREL INTERNATIONAL INDUSTRIES, L.P.**