**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NATIONAL OILWELL VARCO, LP,<br><br>*Plaintiffs/Counter-Defendants*,<br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC.; ULTERRA DRILLING TECHNOLOGIES, L.P., ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC.; VAREL INTERNATIONAL ENERGY SERVICES, INC., and VAREL INTERNATIONAL INDUSTRIES, L.P.,<br><br>*Defendants*. | Civil Action No. 4:23-cv-00730 |

**EXHIBIT A**

**TO**

**PLAINTIFFS' MOTION TO DISMISS AND REMAND**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NATIONAL OILWELL VARCO, LP,<br><br>*Plaintiffs/Counter-Defendants*,<br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC.; ULTERRA DRILLING TECHNOLOGIES, L.P., ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC.; VAREL INTERNATIONAL ENERGY SERVICES, INC., and VAREL INTERNATIONAL INDUSTRIES, L.P.,<br><br>*Defendants/Counter-Plaintiffs*. | Civil Action No. 4:23-cv-00730 |

**DECLARATION OF TOM ROBERTS
IN SUPPORT OF
PLAINTIFFS' MOTION TO DISMISS AND REMAND**

1. My name is Tom Roberts and I make this declaration under 28 U.S.C. §1746 in support of Plaintiffs and Counter-Defendants' Motion to Dismiss and Remand.

2. **Exhibit B** to the referenced motion is a true and accurate copy of the *Addendum to Original Agreement Dated September 29, 2006 Between ReedHycalog and Smith International and Patent Cross License Between ReedHycalog and Smith International*. **FILED UNDER SEAL**

3. **Exhibit C** to the referenced motion is a true and accurate copy of the *ReedHycalog – Schlumberger License Agreement*. **FILED UNDER SEAL**

4. **Exhibit D** to the referenced motion is a true and accurate copy of the *ReeedHycalog – Varel Cross- License Agreement*. **FILED UNDER SEAL**

5. **Exhibit E** to the referenced motion is a true and accurate copy of the *ReeedHycalog – Ulterra Cross- License Agreement*. **FILED UNDER SEAL**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 29, 2023.

_Tom Roberts_
Tom Roberts