IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NATIONAL OILWELL VARCO, LP,<br><br>*Plaintiffs/Counter-Defendants*,<br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC.; ULTERRA DRILLING TECHNOLOGIES, L.P., ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC.; VAREL INTERNATIONAL ENERGY SERVICES, INC., and VAREL INTERNATIONAL INDUSTRIES, L.P.,<br><br>*Defendants/Counter-Plaintiffs*. | Civil Action No. 4:23-cv-00730 |

**[PROPOSED]
ORDER**

Pending before the Court are Plaintiffs/Counter-Defendants' Motion to Dismiss and Remand. The Defendants/Counter-Plaintiffs have filed responses, and the Plaintiffs filed a reply. After considering the briefing and applicable law, the Court grants the motion.

IT IS HEREBY ORDERED that:

The counterclaim Counts I, II, III, IV, and Counts VI and VII of Counter-Plaintiff Schlumberger Technology Corp. and Counter-Plaintiff Smith International, Inc. are dismissed in their entirety. See Doc No. 29.

The counterclaim Counts I, II, and IV of Counter-Plaintiff Ulterra Drilling Technologies, L.P., and Counter-Plaintiff Rockbit International Subsidiaries, LLC. are dismissed in their entirety. See Doc. No. 1-2 at Ex. B.6 & Ex. B.7.

The counterclaims in Paragraphs 52-55 of Counter-Plaintiff Varel International Energy Services, Inc., and Counter-Plaintiff Varel International Industries, L.P. pleading, are dismissed in their entirety. See Doc. No. 1-2 at Ex. B.8.

This lawsuit, including all of Plaintiffs' claims and all of Counter-Plaintiffs' counterclaims not expressly dismissed herein are remanded to the 11th Judicial District Court, Harris County, Texas.

Signed at Houston, Texas this ___ day of _____ 2023.

_____
Andrew S. Hanen
United States District Judge