THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NATIONAL OILWELL VARCO, LP, <br> *Plaintiffs/Counter-Defendants,* <br><br> v. <br><br> SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC.; ULTERRA DRILLING TECHNOLOGIES, L.P., ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC.; and VAREL INTERNATIONAL ENERGY SERVICES, INC., VAREL INTERNATIONAL INDUSTRIES, L.P., <br> *Defendants/Counter-Plaintiffs.* | §§§§§§§§§§§§§§§§§ | Civil Action No. 4:23-cv-00730 |

## [Proposed] Order

Pending before the Court are Plaintiff/Counter-Defendants' Motion to Dismiss and Remand [ECF Nos. 32 & 33]. The Defendants/Counter-Plaintiffs have filed responses in opposition. After consideration of the parties' briefs and applicable law, the Court DENIES Plaintiff/Counter-Defendants' Motion to Dismiss and Remand in its entirety.

IT IS HERBY ORDERED:

Plaintiff/Counter-Defendants' Motion to Dismiss and Remand is DENIED.

The Court retains jurisdiction over all the claims asserted in this proceeding and exercises its supplemental jurisdiction, under 28 U.S.C. § 1367, over any and all asserted claims for which this Court does not have original or exclusive jurisdiction.

SO ORDERED.

Signed this ___ day of _____, 2023.

_____
Andrew S. Hanen, District Judge