IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, and NATIONAL OILWELL VARCO, LP,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC., ULTERRA DRILLING TECHNOLOGIES, L.P., ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC., VAREL INTERNATIONAL ENERGY SERVICES, INC., and VAREL INTERNATIONAL INDUSTRIES, L.P.,<br><br>*Defendants/Counter-Plaintiffs.* | Civil Action No. 4:23-cv-00730 |

**[PROPOSED] ORDER DENYING PLAINTIFFS' OPPOSED
MOTION TO DISMISS AND REMAND**

Before the Court is Plaintiffs' Motion to Dismiss and Remand. Defendants oppose Plaintiffs' Motion. After considering Plaintiffs' Motion and Defendants' Oppositions, the Court determines the Motion should be **DENIED**.

This Court retains jurisdiction over this matter. The parties shall proceed in accordance with the deadlines set forth in this District's Local Rules and this Court's Individual Rules.

SIGNED this _____ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE