THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRANT PRIDECO, INC., REEDHYCALOG UK, LTD., REEDHYCALOG, LP, NATIONAL OILWELL VARCO, LP,<br>    *Plaintiffs/Counter-Defendants,*<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORP., SMITH INTERNATIONAL, INC.; ULTERRA DRILLING TECHNOLOGIES, L.P., ROCKBIT INTERNATIONAL SUBSIDIARIES, LLC.; and VAREL INTERNATIONAL ENERGY SERVICES, INC., VAREL INTERNATIONAL INDUSTRIES, L.P.,<br>    *Defendants.* | §§§§§§§§§§§§§§§§§ | Civil Action No. 4:23-cv-00730 |

## SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule will apply in this case:

1. Trial: Estimated time to try:  Plaintiff=10 to 12 trial days (jury) and Defendant= 4 days per Defendant group (jury).

2. Scheduling Conference: June 7, 2023

3. New parties must be joined by: June 21, 2023

4. Deadline to amend pleadings without leave of Court: September 6, 2023

5. Fact discovery must be completed by: May 15, 2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. The party with the burden of proof on an issue shall name experts and furnish expert reports on that issue by: May 31, 2024

7. The party not having the burden of proof on an issue shall name experts and furnish expert reports on that issue by: June 28, 2024

8. Expert discovery must be completed by: July 24, 2024.
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

9. Dispositive and *Daubert* Motions will be filed by: August 21, 2024
   Responses due by: September 11, 2024

10. Non-Dispositive Motions will be filed by: August 21, 2024

********************* The Court will provide these dates. *********************

11. Joint pretrial order and motions *in limine* due:   February 17, 2025

12. Final Pretrial Conference is set for **1:30 PM** on:   March 17, 2025

13. Trial is set for **9:00 AM** on:  March 31, 2025
    *The case will remain on standby until tried.*

SIGNED at __Houston__, Texas, this __7th__ day of __June__, 2023.

_____
Sam Sheldon
United States Magistrate Judge