1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF TEXAS

3                    HOUSTON DIVISION

4    GRANT PRIDECO, INC., et al.   §   CASE NO. 4:23-cv-0730
                                   §   HOUSTON, TX
5    VERSUS                        §   WEDNESDAY,
                                   §   JUNE 7, 2023
6    SCHLUMBERGER TECHNOLOGY       §   10:36 AM TO 10:44 AM
     CORPORATION, et al.           §
7
                        INITIAL CONFERENCE
8
               BEFORE THE HONORABLE SAM S. SHELDON
9                 UNITED STATES MAGISTRATE JUDGE

10                       APPEARANCES:

11
          FOR THE PARTIES:          SEE NEXT PAGE
12
          COURT REPORTER:           SHANNON HOLDEN
13
          COURT CLERK:              SHANNON JONES
14

15

16

17

18

19

20
                   TRANSCRIPTION SERVICE BY:
21
                   Veritext Legal Solutions
22             330 Old Country Road, Suite 300
                     Mineola, NY 11501
23             Tel: 800-727-6396 ▼ www.veritext.com

24    Proceedings recorded by electronic sound recording; transcript
                  produced by transcription service.
25

```
 1                               APPEARANCES:

 2


 3    FOR THE PLAINTIFF:          AHMAD ZAVITSANOS & MENSING PLLC
                                  Kevin Leyendecker
 4                                1221 McKinney Street
                                  Suite 2500
 5                                Houston, TX 77010
                                  713.655.1101
 6
                                  SUSMAN GODFREY LLP
 7                                Harry Susman
                                  Armando Lozano, III
 8                                1000 Louisiana Street
                                  Suite 5100
 9                                Houston, TX 77002

10
      FOR THE DEFENDANTS:         KIRKLAND & ELLIS LLP
11                                Ryan Kane
                                  Garrett Brawley
12                                601 Lexington Avenue
                                  New York, NY 10022
13                                212-446-4800

14                                STEPHENS DOMNITZ MEINEKE PLLC
                                  Matthew C. Juren
15                                Kelly D. Stephens
                                  2500 Tanglewilde Drive
16                                Suite 320
                                  Houston, TX 77063
17

18                 (APPEARING TELEPHONICALLY)

19

20

21

22

23

24

25
```

```
 1              HOUSTON, TEXAS; WEDNESDAY, JUNE 7, 2023; 10:36 AM
 2              THE COURT:  Okay.  Good morning, everybody.  We were
 3   here on Grant Prideco versus Schlumberger Technology
 4   Corporation, et al.  Case is 23-cv-730.  So let me -- whoever's
 5   taking the lead for the Plaintiff, why don't you introduce
 6   yourself and introduce who's with you.
 7              MR. SUSMAN:  Thank you, Your Honor.  It's Harry
 8   Susman with Susman Godfrey for the Plaintiffs and with me is
 9   Kevin Leyendecker of AVM and Armando is I believe on from my
10   firm.  Yeah, Armando Lozano is on -- sorry -- from Susman
11   Godfrey.  And that's it from our side.
12              THE COURT:  Okay.  And on the Defendants' side?
13              MR. KANE:  Ryan Kane, Your Honor, from Kirkland &
14   Ellis on behalf of the Ulterra Defendants and the SLB
15   Defendants and with me is Gregg LoCascio.
16              THE COURT:  Okay.  And who else is here for the other
17   Defendants?
18              MR. JUREN:  You have Matthew Juren and Kelly Stephens
19   for the Varel Defendants.
20              THE COURT:  Okay.
21              MR. BRAWLEY:  And then Garrett Brawley on behalf of
22   Ulterra as well.
23              THE COURT:  Okay.  So your case is assigned to Judge
24   Hanen.  Judge Hanen will rule on all outstanding motions and
25   anything going forward substantive unless it's referred to me.
```

1    So we have two competing scheduling orders.  Before I even get

2    there, though, there's a protective order.  Does everybody

3    agree on the protective order?

4              MR. SUSMAN:  Yes, Your Honor, for the Plaintiffs.

5              MR. KANE:  Yes, Your Honor, for the Defendants as

6    well.

7              THE COURT:  So we'll go ahead and we'll enter the

8    protective order.  As to the scheduling orders, this is my

9    thought.  So I reviewed them all and there's only a few

10   differences in the actual main dates, but it's all -- but the

11   Defendants want all the granular dates to be set and so I think

12   that that's going to be an issue for Judge Hanen, that we can

13   set the big dates and then the Defendants can raise that issue

14   as far as all the other dates in between.

15             So let me start with -- just so I can give Judge

16   Hanen -- on the time estimate for trial, Plaintiff is saying 10

17   to 12 days and Defendant was saying 4 days per Defendant.  So

18   is the Defendant saying that there's -- days -- their best

19   estimate is 24 days for a trial?

20             MR. KANE:  No, Your Honor.  There's three Defendant

21   groups.

22             THE COURT:  Okay.  So there's three.  Okay.  So then

23   the parties are basically in agreement on that 10 to 12 days

24   then.

25             MR. KANE:  Correct.  I think that the deviation or

1    the split between the two parties is whether it should be a

2    single trial or separate trials by Defendant group.

3            THE COURT:  Okay.  Got you.  Oh, okay.  So you want

4    three separate trials, roughly, four days per Defendant?

5            MR. KANE:  Yes, Your Honor.

6            THE COURT:  Okay.  So I'll just note that.  Now the

7    only other substantive difference that I noticed was the

8    deadline to amend pleadings without leave.  Plaintiff had

9    August 4th and Defendant had October 4th.  Is that correct?

10           MR. SUSMAN:  I think that is -- that's correct.  I

11   think that is the one.  You spotted the difference.

12           THE COURT:  Okay.  So I'm just going to split the

13   baby on that.  I'm going to make it September 6th, 2023, will

14   be the deadline to amend pleadings.  And then let me give you

15   all the big dates just so we're all clear.  And Shannon, I'll

16   go over with you offline with this, but the new parties to be

17   joined by June 21st, 2023.

18           Deadline to amend pleadings without leave of Court,

19   September 6th, 2023.  Fact discovery completed by May 15th,

20   2024.  The party with the burden of proof on the experts will

21   be May 31st, 2024.  Party not having the burden of proof will

22   be June 28, 2024.  Expert discovery completed by July 24, 2024.

23   Dispositive and Daubert motions by August 21st, 2024.  Non-

24   dispositive motions, August 21st, 2024.  And here's the final

25   three dates:  current pre-trial order, February 17th, 2025;

1   final pre-trial conference, 1:30 p.m. on March 17th, 2025; and

2   then trial set on 9:00 a.m. on March 31st, 2025.

3           And then again, I think you can raise the issue as to

4   the other specific deadlines in between with Judge Hanen.

5           So let me start with you, Mr. Susman.  Anything else

6   -- any questions for anything else you'd like me to cover?

7           MR. SUSMAN:  Yeah.  I do think the parties had two

8   minor disagreements on issues.  I'm not sure whether you want

9   Judge Hanen to handle those.  One had to do with the number of

10  custodians for the ESI order which was -- we did propose five

11  for the Plaintiffs.  Defendants want 15 and then there was an

12  issue about interrogatories, the limits of interrogatories.

13          THE COURT:  Yeah.  So that will be -- unless he

14  refers it to me, then that will be an issue for him.

15          MR. SUSMAN:  Right.

16          THE COURT:  Anything else among the Defendants?

17          MR. KANE:  No, Your Honor.

18          THE COURT:  Okay.  Well, good luck, gentlemen and

19  have a great day.

20          MR. SUSMAN:  Thank you, Judge.

21          MR. KANE:  Thank you.

22      (Hearing adjourned at 10:44 AM)

23                          *  *  *  *  *

24

25

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6    *Sonya M. Ledanski Hyde*

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  June 16, 2023